UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON CAMPOS ZAVALA,

Petitioner,

v.

GOLDEN STATE ANNEX, et al.,

Respondents.

No.  1:26-cv-01129-DC-EFB (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition and directed to show cause why the writ should not be granted by filing an answer/return.  *See* 28 U.S.C. § 2243.

////

////

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

2. Respondents' answer/response to the § 2241 petition is due no later than 7 days from the date of this order.  Concurrent with that filing, respondents shall file an opposition or statement of non-opposition to the motion appearing at ECF No. 6.

3. Petitioner's reply is due 4 days after being served with the answer.

DATED: April 17, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2