UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AARON CAMPOS ZAVALA (A201-044-040),<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GOLDEN STATE ANNEX, et al.,<br><br>　　　　　Respondents. | No.  1:26-cv-01129-DC-EFB (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 6, 15) |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 15.  On May 28, 2026, Respondents filed objections, and Petitioner filed a response thereto.  ECF Nos. 16, 17.  In their objections, Respondents assert they object "for the same reasons raised in the answer to the petition.  ECF No. 16.  However, those arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases.  Specifically, this court has found that a noncitizen who has lived in the United States for an extended period of time without having been admitted is subject to discretionary detention during removal proceedings pursuant to 8 U.S.C. §

1

1226(a) and is entitled to a pre-deprivation bond hearing under that section.  *See Alvarez Maciel v. Noem*, No. 1:26-cv-01318-DC-CKD, 2026 WL 496948 (E.D. Cal. Feb. 23, 2026) (granting injunctive relief of immediate release for noncitizen who was detained by U.S. immigration authorities after living in the United States for over twenty years); *Barajas Ortiz v. Chestnut*, No. 1:26-cv-01167-DC-SCR, 2026 WL 508419 (E.D. Cal. Feb. 24, 2026) (same as to noncitizen who had lived in United States for over 30 years); *Acevedo Duran v. Albarran*, No. 1:26-cv-01108-DC-CSK, Doc. No. 11 (E.D. Cal. Feb. 26, 2026) (same as to noncitizen who had lived in United States for approximately 2–3 years); *Zuniga Cruz v. Noem*, No. 1:26-cv-01818-DC-EFB, 2026 WL 890471 (E.D. Cal. Mar. 31, 2026) (granting motion for temporary restraining order and habeas petition as to the petitioner's Immigration and Nationality Act claim where the petitioner lived in the United States for eight years before his detention); *Mendez Juarez v. Warden, Mesa Verde Detention Center*, No. 1:26-cv-02045-DC-CSK, Doc. Nos. 1, 14 (same as to noncitizen who lived in United Stats for approximately four years); *Calle-Brito v. Santacruz*, No. 1:26-cv-02355-DC-CSK, Doc. Nos. 1, 14 (same as to noncitizen who resided in United States for approximately 3.5 years); *Jimenez Orellana v. Johnson*, 1:26-cv-02960-DJC-SCR, Doc. Nos. 1, 9 (E.D. Cal. Apr. 27, 2026) (same as to noncitizen who resided in United States for approximately 1–2 years); *Rauda Molina v. Chestnut*, 1:26-cv-01644-DJC-JDP, Doc. Nos. 1, 10 (E.D. Cal. Mar. 6, 2026) (same as to noncitizen who resided in United States for approximately two years).  Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2026 (ECF No. 15) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondents SHALL IMMEDIATELY RELEASE petitioner, Aaron Campos Zavala

2

(A201-044-040);

4.  Respondents are ORDERED that, should they seek to re-detain petitioner prior to his removal order becoming final, such re-detention must comply with 8 U.S.C. § 1226(a) and its implementing regulations.

5.  Petitioner's request for immediate consideration and emergency relief (ECF No. 6) is DENIED as having been rendered moot by this order;

6.  The Clerk of the Court is directed to serve this order on the Golden State Annex Detention Facility; and

7.  The Clerk of the Court is directed to enter judgment in petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:    **June 12, 2026**

_____

Dena Coggins
United States District Judge

3